| | | | |
|---|---|---|---|
| **DATE:** | September 16, 2015 | **CASE NO.:** | **USA V.** |
| **LOCATION:** | Tyler | **6:14-CR-47(1)** | **CHRISTIAN DREW PONCE** |
| **JUDGE:** | **MICHAEL H. SCHNEIDER** | | |
| **DEP CLERK:** | Rosa Ferguson | Counsel for Government: | Counsel for Defendant: |
| **REPORTER:** | Shea Sloan | | |
| **USPO:** | Mike Thomas | Jim Middleton | Craig Bass |
| **INTERPRETER:** | n/a | | |

**SENTENCING HEARING HELD**    **BEGIN:** 10:45 am **ADJOURN:** 11:15 am **TOTAL TIME:** 30 min.

**PRESENTENCE REPORT:** ☐ Objections and Court Ruling
☑ Adopted in Its Entirety ☐ PSR CHANGED AS FOLLOWS:

**PLEA AGREEMENT:** ☑ ACCEPTED ☐ REJECTED
☑ Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49.

**CRIME VICTIMS:** ☑ NONE    Victims Addressed the Court:

**MOTIONS:** ☐ None
☐ Govt's Motion: ☐ GRANTED ☐ DENIED
☐ Dft's Motion: ☐ GRANTED ☐ DENIED
☐ Other:

**ALLOCUTION:** ☑ Dft DID allocute ☐ Dft DID NOT allocate

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| **1 (Ind)** | **105 Months** | | -0- | $11,620.00 J&S w/co-Dfts | $100 |
| | | | ☐ Interest Waived | ☑ Interest Waived | |

## BOP RECOMMENDATIONS:

**DESIGNATION:**
FCI Terre Haute or in the alternative a facilty that provides a welding school

☑ Substance Abuse Treatment    ☑ Mental Health Treatment
☐ Sex Offender Treatment    ☑ Financial Responsibility
☐ Other:    ☐ NONE

## SUPERVISION:

**5 YEARS SUPERVISED RELEASE**

☑ Mandatory and Special Conditions as set forth in Presentence Report
☐ No Term of Supervision

Other Conditions

☑ **Dft advised of right to APPEAL & Court Appointed Counsel**
**REMAINING COUNTS:** ☐ NONE
☑ Govt moved to dismiss. Court granted.

**FORFEITURE:** Govt moved for Final Order of Forfeiture. Court will sign orders.

## CUSTODY:

DEFENDANT REMANDED TO UNITED STATES MARSHAL

## ADDITIONAL PROCEEDINGS:

Court identified Dft as same person who pleaded guilty before Judge Love on 4.9.2015. Dft confirmed.

Court and parties verified they are working from the same PSR dated 6.16.2015.

Court asked Mr. Bass to make a record of his review with the PSR with the Dft.  Mr. Bass made a record. Dft concurred with Mr. Bass's representation.

Court made findings and Total Offense Level is 25; Criminal History Category IV; Range of 84 to 105 months.  Parties did not object to these findings.

Mr. Bass addressed the Court on behalf of the Dft.  Mr. Bass asked for a sentence at the low range.

Mr. Middleton addressed the Court and outlined the offense and asked for a sentence at the high end of the guidelines.