IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   NO. 6:14CR47 |
| | § |
| BRODERICK CORDELL PIPPINS (02) | § |

## DECLARATION OF PUBLICATION

Pursuant to the Court's Preliminary Order of Forfeiture entered on April 13, 2015, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 16, 2015, and ending on May 15, 2015, as required by 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

   /s/ Jim Middleton
JIM MIDDLETON
Assistant United States Attorney
Texas Bar No. 14022010
110 N. College, Suite 700
Tyler, Texas   75702
(903) 590-1400
(903) 590-1439 (fax)
Jim.Middleton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served on counsel of record for defendant via the Court's CM/ECF filing system on October 5, 2015.

*/s/ Jim Middleton*
JIM MIDDLETON